**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **KIM GLOVER o/b/o A.S.,** | )<br>) |
| Plaintiff, | )   Case No. EDCV 08-00992 AJW<br>) |
| v. | )   **J U D G M E N T**<br>) |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of the Social**<br>**Security Administration,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

October 18, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge